**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Cabrera, | No. CV-24-03374-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

      Plaintiff Anthony Cabrera filed this action pursuant to 42 U.S.C. § 405(g) of the Social Security Act for judicial review of the final decision of the Commissioner of the Social Security Administration, denying his application for Social Security disability benefits. The matter was referred to Magistrate Judge Deborah M. Fine pursuant to 28 U.S.C. § 636(b)(1). (Doc. 12.) Judge Fine issued a Report and Recommendation ("R&R") recommending that this Court affirm the final decision of the Commissioner (Doc. 20). The R&R advised the parties that they may file written objections within fourteen (14) days from the date of service of a copy of the R&R. (Doc. 20 at 29.)

      Plaintiff filed an Objection to the R&R (Doc. 21), requesting the Court reject the findings of the Magistrate Judge and to reverse the Commissioner's decision and remand this case for an award of benefits. Defendant filed a Reply (Doc. 23). A district judge must "make a de novo determination of those portions" of a magistrate judge's "report or specified proposed findings or recommendations to which objection is made." § 636(b)(1).

      The Court has reviewed the R&R de novo. The Court notes that the R&R provides

a thorough factual background and medical history and an in-depth legal analysis of the claims under the applicable legal standards therein, carefully considering the evidence of the treating and examining physicians and the findings of the Administrative Law Judge. Thus, the Court, after de novo consideration of all matters presented, including the Objection and an independent review of the record herein, finds that the findings of the Magistrate Judge as set forth in the R&R shall be accepted and adopted as the findings of fact and conclusions of law of this Court. Accordingly, the court overrules the Plaintiff's objections.

Accordingly,

**IT IS HEREBY ORDERED** that Magistrate Judge Fine's Report and Recommendation (Doc. 20) is hereby **accepted** and **adopted** as the findings of fact and conclusions of law by this Court.

**IT IS FURTHER ORDERED overruling** Plaintiff's objections (Doc. 21).

**IT IS FURTHER ORDERED** affirming the ALJ's December 28, 2023, decision.

**IT IS FURTHER ORDERED** directing the Clerk to enter final judgment consistent with this Order and close this case.

Dated this 5th day of February, 2026.

_____
Honorable Susan M. Brnovich
United States District Judge